# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

BERNARD MOIMEME,

    Petitioner,

v.                                     CASE NO. 4:09cv43-RH/WCS

ERIC H. HOLDER, JR., et al.,

    Respondents.

_____/

## ORDER DISMISSING PETITION AS MOOT

This case is before the court on the magistrate judge's report and recommendation (document 13). No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The petition is DISMISSED as moot. The clerk must enter judgment and must close the file.

    SO ORDERED on May 19, 2009.

                                            s/Robert L. Hinkle_____
                                            Chief United States District Judge